# United States District Court
## Violation Notice

(Rev. 1/2023)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
| --- | --- | --- | --- |
| CCA1 | E 2719951 | C. KUZMA | S00319 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
| --- | --- |
| 1/29/2026 0700 HOURS | 6 CFR 139.35(d) |

Place of Offense

321 CORTEZ CIRCLE, CAMARILLO, CA 93012

Offense Description: Factual Basis for Charge HAZMAT ☐

OBSTRUCTING USE OR ACCESS TO FEDERAL BUILDING

**DEFENDANT INFORMATION** [redacted]

| Last Name | First Name | M.I. |
| --- | --- | --- |
| RIVERA-FLORES | DARWIN | J. |

Street Address

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
| --- | --- | --- | --- | --- | --- |
| — | — | — | — | — | — |

**APPEARANCE IS REQUIRED**

A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ ______ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 255 EAST TEMPLE ST 6TH FLOOR, LOS ANGELES, CA 90012

Date: MAY 6, 2026

Time: 0900 HOURS

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signature]

Original - CVB Copy

CVB SCAN 02/26/2026 11:33

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on FEB 19, 20 26 while exercising my duties as a law enforcement officer in the CENTRAL District of CA

SEE ATTACH [illegible]

The foregoing statement is based upon:

☐ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/19/2026 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 02/26/2026 11:33