NAME & ADDRESS
Christine Yonan (Bar No. 166490)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT
05/06/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: TRB DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF,
v.
Darwin T. Rivera Flores
DEFENDANT(S).

CASE NUMBER
2:26-PO-00420-OU

## CONSENT TO APPEAR BY VIDEO CONFERENCE AND/OR WAIVER OF DEFENDANT'S PRESENCE AT CVB PROCEEDINGS

*This form may only be used in matters initiated by issuance of a violation notice or ticket that is processed through the Central Violations Bureau ("CVB"). Defendants in such matters may use this form to consent to appear by video conference or to waive appearance entirely, as authorized by the Federal Rules of Criminal Procedure cited below. Check each section that applies:*

☒ **CONSENT TO APPEAR BY VIDEO CONFERENCE**

I, Darwin T. Rivera Flores, understand that the U.S. Constitution, the Federal Rules of Criminal Procedure, and/or one or more federal statutes may give me the right to have all the below-listed proceedings take place in person in open court. After consultation with counsel, I knowingly and voluntarily consent to the proceedings below instead taking place by video conference:

- ☒ Initial Appearance (Fed. R. Crim. P. 5(g))
- ☒ Arraignment (Fed. R. Crim. P. 10(c); 43(b)(2))
- ☒ Plea (Fed. R. Crim. P. 43(b)(2))
- ☐ Trial (Fed. R. Crim. P. 43(b)(2))
- ☒ Sentencing (Fed. R. Crim. P. 43(b)(2))

☐ **WAIVER OF DEFENDANT'S PRESENCE**

I, ______________________, understand that the U.S. Constitution, the Federal Rules of Criminal Procedure, and/or one or more federal statutes may give me the right to be present at all of the below-listed proceedings, either in person or by video conference. After consultation with counsel, I knowingly and voluntarily waive my right to be present in person in open court or by video conference at the proceedings below:

- ☐ Arraignment (Fed. R. Crim. P. 43(b)(2))
- ☐ Plea (Fed. R. Crim. P. 43(b)(2))
- ☐ Trial (Fed. R. Crim. P. 43(b)(2))
- ☐ Sentencing (Fed. R. Crim. P. 43(b)(2))

05-01-26
Date

Darwin J Rivera
Defendant

☐ Signed for Defendant by Counsel for Defendant with Defendant's Authorization [Check if applicable]

I have translated this consent/waiver to the Defendant in the ______________________ language.

Date

Interpreter (if required)

☐ Signed for Interpreter by Counsel for Defendant with Interpreter's Authorization [Check if applicable]

I am counsel for the Defendant herein. Prior to the Defendant signing this document or authorizing me to sign this document on the Defendant's behalf, I fully advised the Defendant of the Defendant's above-referenced rights and consulted with the Defendant regarding such rights and the Defendant's consent/waiver(s). I believe that the Defendant understands such rights and that the Defendant's consent/waiver(s) are knowing and voluntary, and I concur with such consent/waiver(s).

05/01/2026
Date

Counsel for Defendant