# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-po-00420-AS / CCA1, E2719951 | Date | 05/06/2026 |

| | |
|---|---|
| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
| Interpreter | N/A |

| | | |
|---|---|---|
| Terry R. Baker | 05/06/2026 | Gregory A. Lesser |
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Darwin T. Riveraflores | X | | | Christine Yonan | X | X | |

**Proceedings: Arraignment, Plea, and Sentencing**

Case is called, counsel state their appearances. The defendant submits a financial affidavit for the appointment of counsel. The Court finds that the defendant is eligible for the appointment of counsel and appoints Christine Yonan of the Federal Public Defender's Office to represent the defendant.

The defendant is sworn in by the clerk. The Court questions defendant and defense counsel regarding the nature of the proposed plea on **CCA1, E2719951** The Court questions defendant, defendant, and the Government regarding the plea agreement.

Defendant pleads guilty to violation notice **CCA1, E2719951**. The Court finds that defendant is competent to plead guilty, that the plea has a factual basis, and that defendant's waiver of constitutional rights and the plea are knowing, voluntary, and intelligent. The Court orders the plea of guilty accepted and entered as to the violation notice.

It is adjudged that on violation notice **CCA1, E2719951**, that the defendant shall pay **No Fine**, a special assessment of **$5.00,** and a processing fee of **$30.00** totaling **$35.00** due on or before **05/20/2026.**.

The Court orders the defendant to serve a **(1) Year term of Unsupervised Probation**.

**TERMS OF UNSUPERVISED PROBATION**

(1) The defendant shall not commit another Federal, State or local crime;

(2) The defendant must refrain from excessive use of alcohol and must not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

(3) pay any fine, special assessment, special assessment, CVB processing fee and restitution ordered as part of defendant's sentence, and notify the court of any material change in the defendant's economic circumstances that might affect defendant's ability to pay the foregoing.

(4) The defendant must notify the Court within 72 hours of being arrested or questioned by a law enforcement officer.

Special Condition:

(1) The defendant shall not come within 100 yards unless he is (1) present in or at the Federal Building to conduct business of an official nature at the building, or (2) passing by the building without stopping except as required by traffic conditions and traffic control signals and devices.

Defendant is notified of his right to appeal the sentence within 14 days.

**IT IS SO ORDERED**.

00 : 00

TRB

cc: AUSA
DFPD
Probation