# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

PLAINTIFF

v.

Darwin T. Riveraflores

DEFENDANT

CITATION/CR NUMBER: 2:26-po-00420-AS / E2719951

LOCATION CODE: CCA1

VIOLATION OF TITLE: 6 C.F.R. sec. 139.35(d)

U.S. CODE SECTION:

NOTICE OF ORDER FOR PAYMENT OF FINE/FORFEITURE OF COLLATERAL AND/OR SPECIAL ASSESSMENT OR FEE

On 05/06/2026, Magistrate Judge Alka Sagar ORDERED that:

☒ the fine is waived,

☐ the defendant pay a fine/forfeit collateral in the amount of $ ,

☐ without ☒ with mandatory $ 5.00 Special Assessment Fee, and

☐ without ☒ with a $ 30.00 processing fee for all CVB citation matters without further order of the court.

**Total $** 35.00 .

Payment is to be paid **as follows:**

☐ $ forthwith. (Payments personally delivered to the U.S.D.C., Intake section, shall be paid by cash or by money order or cashier's check made payable to the Clerk of Court.)

☒ $ 35.00 on or before 05/20/2026 .

☐ In installments of $ per month, by the day of each month until paid in full.

☒ If payment is not received as ordered above, you are directed to appear before the Magistrate Judge on 05/20/2026 at 09:30 ☒ AM ☐ PM in Courtroom #640 .

☒ **Central Violations Bureau** checks and/or money orders must be made payable and mailed to: Central Violations Bureau, P.O. Box 780549, San Antonio, TX 78278. Please write the citation number and location code on your payment envelope and check. Your cancelled check is your receipt. To verify receipt of payment by CVB, you may call (800) 827-2982. You may also make your payment by checking account, credit or debit card via the Internet at www.cvb.uscourts.gov.

☐ **Clerk of Court** checks and/or money orders must be made payable to the Clerk of Court and mailed to: U.S. District Court, Fiscal Department, 255 E. Temple Street, Suite 1178, Los Angeles, CA 90012. No personal checks are accepted. Please write the 'CR' or citation number and location code on your cashier's check or money order. If paying in person, please bring your identification, case information, and your payment to the U.S.D.C., Intake section.

The Fine Enforcement Act requires that interest will be due and payable on any unpaid balance. Under federal law an *additional 10%* charge must be assessed on all payments that are overdue for 30 days. Furthermore, if any amount owed is past due for more than 120 days, the defendant shall pay a penalty *equal to 25% of the amount past due*. Once any payment is in default, the entire amount of the fine plus all costs, penalties and interest are due within 30 days.

In addition to the foregoing penalties, if a fine is unpaid as of the date designated, the U.S. Attorney may institute proceedings for an Order to Show Cause Re Contempt.

Terry R. Baker — *Magistrate Judge Courtroom Deputy*

05/06/2026 — *Dated/Filed*

**I hereby certify that I received a copy of this Notice of Order.**

*Defendant's Signature* | *Date* | *Address, City, State, and Zip Code*

*Year of Birth* | *SSN# (Last 4 Digits only)* | *Driver's License #* | *Telephone #*